| | | |
|---|---|---|
| **Virginia Cole, on behalf of herself,** | ) | |
| **And all others similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00639 |
| | ) | |
| **Genstone Enterprises, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

Comes the undersigned attorney and does give notice of filing of the proposed summons (see attached).

Respectfully submitted this the 10th day of July, 2025.

        By: */s/ Scott A. Lanzon*
           Scott A. Lanzon
           Attorney for Plaintiff
           Bank of America Center
           550 Main Street, Suite 550
           Knoxville, Tennessee 37902
           (865) 212-0955

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, a true and correct copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

           /s/ *Scott A. Lanzon*
           SCOTT A. LANZON