# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF**

**GOOD STANDING**

*I, Robert M. Farrell, Clerk of this Court,*

*certify that* **Anthony I. Paronich**, *Bar* **678437**,

*was duly admitted to practice in this Court on*

**January 25, 2011**, *and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Boston, Massachusetts on* **July 10, 2025**



*Robert M. Farrell*

CLERK