# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **VIRGINIA COLE on behalf of herself and others similarly situated** | ) ) ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) ) ) ) | Civil Action No. 3:25-cv-00639 |
| **GENSTONE ENTERPRISES, LLC** | ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Angie Valenzuela, state:

I am a Private Process Server, 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Genstone Enterprises, LLC in Broomfield County, CO on July 14, 2025 at 10:54 am at 4 Garden Center, Suite 200, Broomfield, CO 80020 by leaving the following documents with Sue Vanderberg who as Administrative Assistant is authorized by appointment or by law to receive service of process for Genstone Enterprises, LLC.

Summons, Complaint and Exhibits

White Female, est. age 35-44, glasses: N, Blonde hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.9225677,-105.0852953
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Adams County      ,   CO   on   7/16/2025   .

/s/ *Angie Valenzuela*
Signature
Angie Valenzuela
+1 (983) 204-7371



Exhibit 1a)

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | ) | |
|---|---|---|
| VIRGINIA COLE on behalf of herself and others similarly situated, | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:25-cv-00639 |
| GENSTONE ENTERPRISES, LLC | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GENSTONE ENTERPRISES, LLC
4 Garden Ctr., Ste 200
Broomfield, CO 8002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anthony I. Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/11/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Genstone Enterprises, LLC
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sue Vanderberg , who is designated by law to accept service of process on behalf of *(name of organization)* Genstone Enterprises, LLC
on *(date)* 7/14/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: [xs_date]

/s/ *Angie Valenzuela*
Server's signature

Angie Valenzuela
*Printed name and title*

10211 Ura Ln, Thornton, CO 80260
*Server's address*

Additional information regarding attempted service, etc: