# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **VIRGINIA COLE,** *on behalf of herself and others similarly situated*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:25-cv-00639<br>) |
| **GENSTONE ENTERPRISES, LLC,** | )<br>) |
| Defendant. | )<br>) |

## NOTICE OF APPEARANCE

John W. Peterson, of the law firm Polsinelli PC, hereby gives notice of his appearance as counsel for Defendant GenStone Enterprises, LLC in this action. Copies of all pleadings, motions, and other documents shall be served on counsel using the information listed below.

Respectfully submitted this 31st day of July, 2025.

> */s/ John W. Peterson*
> John W. Peterson (# 26136)
> POLSINELLI PC
> 501 Commerce Street, Suite 1300
> Nashville, TN 37203
> Tel.: (615) 259-1523
> Email: john.peterson@polsinelli.com
>
> *Counsel for Defendant GenStone Enterprises, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which served the same upon the following counsel of record:

**Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com

**Scott Alan Lanzon**
The Lanzon Firm
550 W Main Street, Suite 550
Knoxville, TN 37902
Email: scott.lanzon@gmail.com

*Counsel for Plaintiff*

/s/ *John W. Peterson*
John W. Peterson

*Counsel for Defendant*
*GenStone Enterprises, LLC*