# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **VIRGINIA COLE,** *on behalf of herself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **GENSTONE ENTERPRISES, LLC,** <br><br> Defendant. | Case No. 3:25-cv-00639 |

## BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations and financial interests)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by GenStone Enterprises, LLC ("GenStone").

The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

1. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _____ with a principal place of business in the state of _____.

2. This party or intervenor is a privately held corporation, incorporated in the state of Colorado with a principal place of business in the state of Colorado. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more): Jeff Knight.

3. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

    ____ YES  **X** NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

_____
_____.

4. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

  ____ YES **X** NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.
_____
_____.

5. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

  ____ YES **X** NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.
_____
_____.

6. If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

GenStone is a Colorado limited liability company with its principal place of business in Colorado. GenStone's sole member is Jeff Knight, a citizen of Colorado. No other individuals or entities hold ten percent (10%) or more of the ownership interests in GenStone.

**Provide any additional pertinent information on attached page(s).**

Date: July 31, 2025    Signature: */s/ John W. Peterson*

             Printed Name: John W. Peterson

             Title: Counsel for GenStone Enterprises, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I electronically filed the foregoing *Business Entity Disclosure* with the Clerk of Court using the CM/ECF system, which served the same upon the following counsel of record:

**Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com

**Scott Alan Lanzon**
The Lanzon Firm
550 W Main Street, Suite 550
Knoxville, TN 37902
Email: scott.lanzon@gmail.com

*Counsel for Plaintiff*

                                              */s/ John W. Peterson*
                                              John W. Peterson

                                              *Counsel for Defendant*
                                              *GenStone Enterprises, LLC*