# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VIRGINIA COLE *on behalf of herself and others similarly situated*, | Civil Action No.: 3:25-cv-00639 |
| Plaintiff, | Class Action Complaint |
| v. | Jury Trial Demanded |
| GENSTONE ENTERPRISES, LLC | |
| Defendant. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED AND DATED this 13th day of November, 2025.

*s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com