IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VIRGINIA COLE,                          )
                                        )
        Plaintiff,                      )
                                        )        NO. 3:25-cv-00639
v.                                      )
                                        )        JUDGE RICHARDSON
GENSTONE ENTERPRISES, LLC,              )
                                        )
        Defendant.                      )
                                        )

## ORDER

Plaintiff has filed a "Notice of Dismissal with Prejudice" (Doc. No. 21, "Notice"). The Notice constitutes a notice of dismissal before the opposing party has served an answer or motion for summary judgment under Fed. R. Civ. P. 41(a)(1)(A)(i). Under Fed. R. Civ. P. 41(a)(1)(A)(i), the Notice sufficed to dismiss this action without any action on the part of the Court. Consistent with the express wording of the Notice, the dismissal with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice. The Clerk is directed to enter judgment under Rule 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE