UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Virginia Cole

                        Plaintiff,

v.                                               Case No.: 3:25−cv−00639

Genstone Enterprises, LLC

                        Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/13/2025 re [22].

                                                                Lynda M. Hill
                                                  s/ Megan Gregory, Deputy Clerk